IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JC MORRIS § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Case No. 4:12cv675-RAS-DDB |
| § | |
| CITIMORTGAGE, INC. § | |
| § | |
| Defendant. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On May 24, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant CitiMortgage, Inc.'s Motion to Dismiss (Dkt. 5) be GRANTED and that Plaintiff's claims be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.  Therefore, Defendant CitiMortgage, Inc.'s Motion to Dismiss (Dkt. 5) is GRANTED and Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 18th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE